UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT MONGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:17 CV 6 CDP |
| | ) | |
| MICHAEL LOPRIANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the ruling stated on the record on April 6, 2018, granting default judgment against defendants CapGain Holdings, Inc. formerly named CapGain Properties, Inc., Ty Kirkpatrick, and Consulting Direct, Inc.,

And in accordance with the jury verdict returned on April 6, 2018 against defendants Michael Loprieno, CapGain Properties, Inc., formerly named Big Mojo Capital, Inc., and LOP Capital, LLC,

And the claims against defendants Brian Knight and Strategic Lending Solutions, LLC having been dismissed without prejudice for lack of personal jurisdiction,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that plaintiff Robert G. Mongler shall have judgment against the following defendants: Michael Loprieno; CapGain Properties, Inc., formerly named Big Mojo Capital, Inc.; LOP

Capital, LLC; CapGain Holdings, Inc., formerly named CapGain Properties, Inc,; Ty Kirkpatrick; and Consulting Direct, Inc., jointly and severally, in the amount of **FIVE HUNDRED THOUSAND DOLLARS ($500,000)**.

    Plaintiff shall recover all taxable costs of this action.

                                               CATHERINE D. PERRY
                                               UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2018.