**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

ROBERT G. MONGLER,
    A Resident of Missouri;
    Plaintiff,

v.                                    Case No.2:17-CV-6 CDP

BRIAN KNIGHT, a Resident of Illinois;
MICHAEL LOPRIENO, a Resident of Illinois,
CAPGAIN PROPERTIES, INC., FORMERLY
    NAMED BIG MOJO CAPITAL, INC., A Canadian
    Corporation, Principal Place of Business Illinois;
CAPGAIN HOLDINGS, INC., FORMERLY NAMED
    CAPGAIN PROPERTIES, INC., A Canadian Corporation,
    Principal Place of Business Illinois;
STRATEGIC LENDING SOLUTIONS, LLC
    An Illinois Limited Liability Company, Principal Place of
    Business Illinois;
LOP CAPITAL, LLC,
    A New Mexico Limited Liability Company,
    Principal Place of Business Illinois;
CONSULTING DIRECT, INC.,
    A Delaware Corporation,
    Principal Place of Business Oregon; and
TY KIRKPATRICK, a Resident of Oregon.
    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO VACATE FINAL JUDGMENT**
**AND DISMISS WITH PREJUDICE AS TO CAPGAIN PROPERTIES, INC.**
**FORMERLY NAMED BIG MOJO CAPITAL INC., ONLY**

This Case having come before the Court upon Plaintiff Robert G. Mongler's Motion to vacate the Final Judgment rendered April 6, 2018, Doc. 107, and to dismiss this Case with prejudice only as to Defendant Capgain Properties, Inc., formerly named Big Mojo Capital, Inc., for the purpose of effectuating a written Settlement Agreement entered pending the appeal by Capgain Properties, Inc., formerly named Big Mojo Capital, Inc., of said Final Judgment, and having carefully reviewed the motion before me;

1

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the Final Judgment rendered in this case on April 6, 2018, Doc. 107, is hereby vacated only as to the Defendant Capgain Properties, Inc., formerly named Big Mojo Capital, Inc.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice only as to the Defendant Capgain Properties, Inc., formerly named Big Mojo Capital, Inc.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2019.